No. 458. UNITED STATES *v.* HENRY B. ANDERSON. October 16, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Solicitor General Beck* for the United States. *Mr. Roy C. Gasser* for respondent.

No. 462. JAMES C. DAVIS, DIRECTOR GENERAL OF RAILROADS, ETC., *v.* GEORGE WECHSLER. October 16, 1922. Petition for a writ of certiorari to the Kansas City Court of Appeals of the State of Missouri granted. *Mr. H. M. Langworthy, Mr. O. H. Dean* and *Mr. Roy B. Thomson* for petitioner. *Mr. William S. Hogsett* and *Mr. Mont T. Prewitt* for respondent.

No. 467. DEPARTMENT OF TRADE & COMMERCE OF THE STATE OF NEBRASKA ET AL. *v.* A. J. HERTZ ET AL., RECEIVERS, ETC. October 16, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Halleck F. Rose* and *Mr. Arthur R. Wells* for petitioners. *Mr. Bruce W. Sanborn* for respondents.

No. 574. LION BONDING & SURETY COMPANY *v.* A. H. KARATZ. October 16, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Halleck F. Rose* and *Mr. Arthur R. Wells* for petitioner. *Mr. Bruce W. Sanborn* for respondent.

No. 468. JAMES C. DAVIS, AS AGENT, ETC., *v.* LEE A. WOLFE. October 16, 1922. Petition for a writ of certiorari to the Supreme Court of the State of Missouri granted. *Mr. Thomas P. Littlepage, Mr. James C. Jones, Mr. Lon O. Hocker* and *Mr. Frank H. Sullivan* for petitioner. *Mr. P. H. Cullen* and *Mr. Sidney T. Able* for respondent.